466 A.2d 723

Commonwealth v. Lee, Appellant.

Submitted June 22, 1983. Robert F. Pappano, Assistant Public Defender, for appellant; Dennis C. McAndrews, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence is affirmed.

466 A.2d 723

Commonwealth v. Noel, Appellant.

Submitted April 26, 1983. Paul W. Wheeler, for appellant; D. Long, District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and HOFFMAN, JJ.

Judgment of sentence affirmed.